IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHRISTOPHER BLOCK, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PANDA RESTAURANT GROUP; PANDA EXPRESS, INC. DOES 1-5,<br><br>Defendants. | Case No.: 2:19-cv-0625-LA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Christopher Block and Defendants Panda Restaurant Group and Panda Express, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily dismissed with prejudice, without costs or attorneys' fees except as otherwise agreed by the parties.

Date: October 10, 2019     Respectfully submitted,

/s/ *Mark A. Eldridge*
Guri Ademi
John D. Blythin
Mark A. Eldridge
ADEMI & O'REILLY LLP
3620 E Layton Ave
Cudahy, WI 53110
Tel: (414) 482-8000
gademi@ademilaw.com
jblythin@ademilaw.com
meldridge@ademilaw.com

*Counsel for Plaintiff*

/s/ *Christopher K. Ramsey*
Christopher K. Ramsey
MORGAN, LEWIS & BOCKIUS LLP
32nd Floor, One Oxford Centre
Pittsburgh, PA 15219
Tel: (412) 560-3323
christopher.ramsey@morganlewis.com

James P. Looby
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
james.looby@morganlewis.com

*Counsel for Defendants*